RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, CA  93704
Telephone: (559) 221-2557

Attorney for Defendant
Claude Shook

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:86-cr-00213-NONE |
| Plaintiff, | ORDER |
| vs. | JUDGE: Hon. Dale A. Drozd |
| CLAUDE SHOOK, | |
| Defendant. | |

   IT IS HEREBY ORDERED, that the United States Marshals transport the defendant CLAUDE SHOOK (U.S. Parole, Register no. 53717-097) from the Kern County Lerdo Facility and book him into the Fresno County Jail, 1225 M St, Fresno CA 93721, in order to facilitate attorney visits and Mr. Shook's parole violation hearing.  At all times, Mr. Shook will remain in the custody of the Bureau of Prisons.  The clerk of the is ordered to serve this order on the United States Marshals Office.

IT IS SO ORDERED.

Dated:  **March 16, 2020**              _____
                                                              UNITED STATES DISTRICT JUDGE